# EXHIBIT A

[FDA Home](#)[3] [Medical Devices](#)[4] [Databases](#)[5]

## Premarket Approval (PMA)

[6]

510(k)[7] | DeNovo[8] | Registration & Listing[9] | Adverse Events[10] | Recalls[11] | PMA[12] | Classification[13] | Standards[14]
CFR Title 21[15] | Radiation-Emitting Products[16] | X-Ray Assembler[17] | Medsun Reports[18] | CLIA[19] | TPLC[20] | Inspections[21]

New Search[22]         Back to Search Results

Note: this medical device record is a supplement. The device description may have changed. Be sure to look at the [original PMA](#)[23] to get an up-to-date view of this device.

| | |
|---|---|
| **Trade Name** | SYNCHROMED II PROGRAMMABLE DRUG INFUSION SYSTEM |
| **Classification Name** | [Pump, Infusion, Implanted, Programmable](#)[24] |
| **Generic Name** | Implantable Infusion Pumps |
| **Applicant** | MEDTRONIC VASCULAR |
| **PMA Number** | P860004 |
| **Supplement Number** | S056 |
| **Date Received** | 04/07/2003 |
| **Decision Date** | 09/12/2003 |
| **Product Code** | LKK [ [Registered Establishments With LKK](#)[25] ] |
| **Advisory Committee** | General Hospital |
| **Supplement Type** | Normal 180 Day Track |
| **Supplement Reason** | Change Design/Components/Specifications - Other |
| **Expedited Review Granted?** | No |
| **Combination Product** | No |

**Recalls**

[CDRH Recalls](#)[26]

### Approval Order Statement

Approval for the medtronic synchromed ii programmable drug infusion system which includes model 8637 synchromed ii programmable pump, synchromed ii application softwaare on the model 8870 application card, model 8551 refill kit, model 8540 catheter access port kit, and model 8590-1 pouch kit.

---

Links on this page:

1. http://www.addthis.com/bookmark.php?u508=true&v=152&username=fdamain
2. http://www.addthis.com/bookmark.php
3. http://www.fda.gov/default.htm
4. http://www.fda.gov/MedicalDevices/default.htm
5. http://www.fda.gov/MedicalDevices/DeviceRegulationandGuidance/Databases/default.htm
6. /scripts/cdrh/devicesatfda/index.cfm
7. /scripts/cdrh/cfdocs/cfPMN/pmn.cfm
8. /scripts/cdrh/cfdocs/cfpmn/denovo.cfm
9. /scripts/cdrh/cfdocs/cfRL/rl.cfm
10. /scripts/cdrh/cfdocs/cfMAUDE/TextSearch.cfm
11. /scripts/cdrh/cfdocs/cfRES/res.cfm
12. /scripts/cdrh/cfdocs/cfPMA/pma.cfm
13. /scripts/cdrh/cfdocs/cfPCD/classification.cfm
14. /scripts/cdrh/cfdocs/cfStandards/search.cfm
15. /scripts/cdrh/cfdocs/cfCFR/CFRSearch.cfm
16. /scripts/cdrh/cfdocs/cfPCD_RH/classification.cfm
17. /scripts/cdrh/cfdocs/cfAssem/assembler.cfm
18. /scripts/cdrh/cfdocs/Medsun/searchReportText.cfm
19. /scripts/cdrh/cfdocs/cfClia/Search.cfm
20. /scripts/cdrh/cfdocs/cfTPLC/tplc.cfm
21. /scripts/cdrh/cfdocs/cfTPLC/inspect.cfm
22. /scripts/cdrh/cfdocs/cfpma/pma.cfm
23. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementType=NONE
24. /scripts/cdrh/cfdocs/cfPCD/classification.cfm?start_search=1&ProductCode=LKK

25. /scripts/cdrh/cfdocs/cfRL/rl.cfm?start_search=1&establishmentName=&StateName=&CountryName=&RegistrationNumber=&OwnerOperatorNumber=&OwnerOperatorName=&ProductC
26. /scripts/cdrh/cfdocs/cfRES/res.cfm?start_search=1&pnumber=P860004%2FS056

Page Last Updated: 12/29/2014
Note: If you need help accessing information in different file formats, see Instructions for Downloading Viewers and Players.
Accessibility   Contact FDA   Careers   FDA Basics   FOIA   No Fear Act   Site Map   Transparency   Website Policies

U.S. Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993
Ph. 1-888-INFO-FDA (1-888-463-6332)
Email FDA



For Government   For Press
Combination Products   Advisory Committees   Science & Research   Regulatory Information   Safety   Emergency Preparedness   International Programs   News & Events   Training and Continuing Education   Inspections/Compliance   State & Local Officials   Consumers   Industry   Health Professionals   FDA Archive



Links on this page:

1. http://www.addthis.com/bookmark.php?u508=true&v=152&username=fdamain
2. http://www.addthis.com/bookmark.php
3. http://www.fda.gov/default.htm
4. http://www.fda.gov/MedicalDevices/default.htm
5. http://www.fda.gov/MedicalDevices/DeviceRegulationandGuidance/Databases/default.htm
6. /scripts/cdrh/devicesatfda/index.cfm
7. /scripts/cdrh/cfdocs/cfPMN/pmn.cfm
8. /scripts/cdrh/cfdocs/cfpmn/denovo.cfm
9. /scripts/cdrh/cfdocs/cfRL/rl.cfm
10. /scripts/cdrh/cfdocs/cfMAUDE/TextSearch.cfm
11. /scripts/cdrh/cfdocs/cfRES/res.cfm
12. /scripts/cdrh/cfdocs/cfPMA/pma.cfm
13. /scripts/cdrh/cfdocs/cfPCD/classification.cfm
14. /scripts/cdrh/cfdocs/cfStandards/search.cfm
15. /scripts/cdrh/cfdocs/cfCFR/CFRSearch.cfm
16. /scripts/cdrh/cfdocs/cfPCD_RH/classification.cfm
17. /scripts/cdrh/cfdocs/cfAssem/assembler.cfm
18. /scripts/cdrh/cfdocs/Medsun/searchReportText.cfm
19. /scripts/cdrh/cfdocs/cfClia/Search.cfm
20. /scripts/cdrh/cfdocs/cfTPLC/tplc.cfm
21. /scripts/cdrh/cfdocs/cfTPLC/inspect.cfm
22. /scripts/cdrh/cfdocs/cfpma/pma.cfm
23. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementType=NONE
24. /scripts/cdrh/cfdocs/cfPCD/classification.cfm?start_search=1&ProductCode=LKK
25. /scripts/cdrh/cfdocs/cfRL/rl.cfm?start_search=1&establishmentName=&StateName=&CountryName=&RegistrationNumber=&OwnerOperatorNumber=&OwnerOperatorName=&ProductC
26. /scripts/cdrh/cfdocs/cfRES/res.cfm?start_search=1&pnumber=P860004%2FS056