# EXHIBIT B

FDA Home[3] Medical Devices[4] Databases[5]

# Premarket Approval (PMA)

[6]

510(k)[7]|DeNovo[8]|Registration & Listing[9]|Adverse Events[10]|Recalls[11]|PMA[12]|Classification[13]|Standards[14]
CFR Title 21[15]|Radiation-Emitting Products[16]|X-Ray Assembler[17]|Medsun Reports[18]|CLIA[19]|TPLC[20]|Inspections[21]

New Search[22]                         Back to Search Results

Note: this medical device has supplements. The device description may have
changed. Be sure to look at the supplements to get an up-to-date view of this device.

| | |
|---|---|
| Trade Name | MEDTRONIC(R) SYNCHROMED(TM) PUMP & INFUSION SYSTEM |
| Classification Name | Pump, Infusion, Implanted, Programmable[23] |
| Generic Name | Implanted Infusion Pump |
| Applicant | MEDTRONIC INC. |
| PMA Number | P860004 |
| Date Received | 02/03/1986 |
| Decision Date | 03/14/1988 |
| Product Code | LKK   [ Registered Establishments With LKK[24] ] |
| Docket Number | 88M-0114 |
| Notice Date | 05/11/1988 |
| Advisory Committee | General Hospital |
| Expedited Review Granted? | No |
| Combination Product | Yes[25] |
| Recalls | |
| | CDRH Recalls[26] |

**Supplements:**

S001[27] S002[28] S003[29] S004[30] S005[31] S006[32] S007[33] S008[34] S010[35]
S011[36] S012[37] S013[38] S014[39] S016[40] S017[41] S019[42] S020[43] S022[44]
S023[45] S024[46] S026[47] S027[48] S028[49] S029[50] S030[51] S031[52] S032[53]
S033[54] S034[55] S035[56] S036[57] S037[58] S038[59] S039[60] S040[61] S041[62]
S042[63] S043[64] S045[65] S046[66] S047[67] S048[68] S050[69] S051[70] S052[71]
S053[72] S054[73] S055[74] S056[75] S057[76] S058[77] S059[78] S060[79] S061[80]
S063[81] S064[82] S065[83] S066[84] S067[85] S068[86] S069[87] S070[88] S071[89]
S072[90] S073[91] S074[92] S075[93] S076[94] S077[95] S078[96] S079[97] S080[98]
S081[99] S082[100] S083[101] S084[102] S087[103] S088[104] S089[105] S090[106] S091[107]
S092[108] S093[109] S094[110] S095[111] S096[112] S097[113] S098[114] S099[115] S100[116]
S101[117] S102[118] S103[119] S104[120] S105[121] S106[122] S107[123] S108[124] S109[125]
S110[126] S111[127] S112[128] S114[129] S115[130] S116[131] S117[132] S118[133] S119[134]
S120[135] S121[136] S122[137] S123[138] S124[139] S125[140] S126[141] S127[142] S128[143]
S129[144] S130[145] S131[146] S132[147] S133[148] S134[149] S135[150] S136[151] S137[152]
S138[153] S139[154] S140[155] S142[156] S143[157] S144[158] S145[159] S146[160] S147[161]
S148[162] S149[163] S150[164] S151[165] S152[166] S153[167] S154[168] S155[169] S156[170]
S157[171] S158[172] S159[173] S160[174] S161[175] S162[176] S163[177] S164[178] S166[179]
S167[180] S168[181] S169[182] S170[183] S171[184] S173[185] S174[186] S175[187] S176[188]
S177[189] S178[190] S179[191] S180[192] S181[193] S182[194] S184[195] S186[196] S187[197]
S188[198] S190[199] S191[200] S192[201] S193[202] S194[203] S195[204] S196[205] S197[206]
S198[207] S199[208] S200[209] S201[210] S202[211] S203[212] S204[213] S206[214] S207[215]
S208[216] S209[217] S210[218] S211[219] S212[220] S213[221] S214[222] S215[223] S216[224]

Links on this page:

1. http://www.addthis.com/bookmark.php?u508=true&v=152&username=fdamain
2. http://www.addthis.com/bookmark.php
3. http://www.fda.gov/default.htm
4. http://www.fda.gov/MedicalDevices/default.htm
5. http://www.fda.gov/MedicalDevices/DeviceRegulationandGuidance/Databases/default.htm
6. /scripts/cdrh/devicesatfda/index.cfm
7. /scripts/cdrh/cfdocs/cfPMN/pmn.cfm
8. /scripts/cdrh/cfdocs/cfpmn/denovo.cfm
9. /scripts/cdrh/cfdocs/cfRL/rl.cfm
10. /scripts/cdrh/cfdocs/cfMAUDE/TextSearch.cfm
11. /scripts/cdrh/cfdocs/cfRES/res.cfm
12. /scripts/cdrh/cfdocs/cfPMA/pma.cfm
13. /scripts/cdrh/cfdocs/cfPCD/classification.cfm

14. /scripts/cdrh/cfdocs/cfStandards/search.cfm
15. /scripts/cdrh/cfdocs/cfCFR/CFRSearch.cfm
16. /scripts/cdrh/cfdocs/cfPCD_RH/classification.cfm
17. /scripts/cdrh/cfdocs/cfAssem/assembler.cfm
18. /scripts/cdrh/cfdocs/Medsun/searchReportText.cfm
19. /scripts/cdrh/cfdocs/cfClia/Search.cfm
20. /scripts/cdrh/cfdocs/cfTPLC/tplc.cfm
21. /scripts/cdrh/cfdocs/cfTPLC/inspect.cfm
22. /scripts/cdrh/cfdocs/cfpma/pma.cfm
23. /scripts/cdrh/cfdocs/cfPCD/classification.cfm?start_search=1&ProductCode=LKK
24. /scripts/cdrh/cfdocs/cfRL/rl.cfm?
    start_search=1&establishmentName=&StateName=&CountryName=&RegistrationNumber=&OwnerOperatorNumber=&OwnerOperatorName=&ProductC
25. http://www.fda.gov/CombinationProducts/default.htm
26. /scripts/cdrh/cfdocs/cfRES/res.cfm?start_search=1&pnumber=P860004
27. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S001
28. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S002
29. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S003
30. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S004
31. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S005
32. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S006
33. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S007
34. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S008
35. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S010
36. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S011
37. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S012
38. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S013
39. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S014
40. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S016
41. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S017
42. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S019
43. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S020
44. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S022
45. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S023
46. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S024
47. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S026
48. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S027
49. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S028
50. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S029
51. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S030
52. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S031
53. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S032
54. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S033
55. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S034
56. /scripts/cdrh/cfdocs/cfRL/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S035
57. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S036
58. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S037
59. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S038
60. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S039
61. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S040
62. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S041
63. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S042
64. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S043
65. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S045
66. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S046
67. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S047
68. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S048

69. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S050
70. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S051
71. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S052
72. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S053
73. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S054
74. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S055
75. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S056
76. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S057
77. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S058
78. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S059
79. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S060
80. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S061
81. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S063
82. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S064
83. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S065
84. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S066
85. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S067
86. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S068
87. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S069
88. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S070
89. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S071
90. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S072
91. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S073
92. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S074
93. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S075
94. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S076
95. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S077
96. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S078
97. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S079
98. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S080
99. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S081
100. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S082
101. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S083
102. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S084
103. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S087
104. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S088
105. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S089
106. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S090
107. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S091
108. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S092
109. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S093
110. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S094
111. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S095
112. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S096
113. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S097
114. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S098
115. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S099
116. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S100
117. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S101
118. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S102
119. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S103
120. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S104
121. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S105
122. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S106
123. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S107
124. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S108

Premarket Approval (PMA)

125. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S109
126. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S110
127. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S111
128. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S112
129. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S114
130. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S115
131. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S116
132. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S117
133. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S118
134. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S119
135. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S120
136. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S121
137. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S122
138. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S123
139. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S124
140. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S125
141. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S126
142. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S127
143. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S128
144. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S129
145. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S130
146. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S131
147. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S132
148. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S133
149. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S134
150. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S135
151. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S136
152. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S137
153. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S138
154. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S139
155. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S140
156. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S142
157. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S143
158. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S144
159. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S145
160. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S146
161. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S147
162. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S148
163. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S149
164. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S150
165. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S151
166. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S152
167. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S153
168. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S154
169. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S155
170. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S156
171. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S157
172. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S158
173. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S159
174. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S160
175. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S161
176. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S162
177. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S163
178. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S164
179. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S166
180. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S167

181. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S168
182. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S169
183. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S170
184. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S171
185. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S173
186. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S174
187. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S175
188. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S176
189. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S177
190. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S178
191. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S179
192. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S180
193. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S181
194. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S182
195. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S184
196. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S186
197. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S187
198. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S188
199. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S190
200. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S191
201. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S192
202. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S193
203. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S194
204. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S195
205. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S196
206. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S197
207. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S198
208. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S199
209. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S200
210. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S201
211. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S202
212. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S203
213. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S204
214. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S206
215. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S207
216. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S208
217. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S209
218. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S210
219. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S211
220. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S212
221. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S213
222. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S214
223. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S215
224. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S216

Page Last Updated: 12/29/2014

Note: If you need help accessing information in different file formats, see Instructions for Downloading Viewers and Players.

Accessibility Contact FDA Careers FDA Basics FOIA No Fear Act Site Map Transparency Website Policies

U.S. Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993
Ph. 1-888-INFO-FDA (1-888-463-6332)
Email FDA

For Government For Press

Combination Products Advisory Committees Science & Research Regulatory Information Safety Emergency Preparedness International Programs News & Events Training and Continuing Education Inspections/Compliance State & Local Officials Consumers Industry Health Professionals FDA Archive

U.S. Department of Health & Human Services

Links on this page:

1. http://www.addthis.com/bookmark.php?u508=true&v=152&username=fdamain
2. http://www.addthis.com/bookmark.php
3. http://www.fda.gov/default.htm
4. http://www.fda.gov/MedicalDevices/default.htm
5. http://www.fda.gov/MedicalDevices/DeviceRegulationandGuidance/Databases/default.htm
6. /scripts/cdrh/devicesatfda/index.cfm
7. /scripts/cdrh/cfdocs/cfPMN/pmn.cfm
8. /scripts/cdrh/cfdocs/cfpmn/denovo.cfm
9. /scripts/cdrh/cfdocs/cfRL/rl.cfm
10. /scripts/cdrh/cfdocs/cfMAUDE/TextSearch.cfm
11. /scripts/cdrh/cfdocs/cfRES/res.cfm
12. /scripts/cdrh/cfdocs/cfPMA/pma.cfm
13. /scripts/cdrh/cfdocs/cfPCD/classification.cfm
14. /scripts/cdrh/cfdocs/cfStandards/search.cfm
15. /scripts/cdrh/cfdocs/cfCFR/CFRSearch.cfm
16. /scripts/cdrh/cfdocs/cfPCD_RH/classification.cfm
17. /scripts/cdrh/cfdocs/cfAssem/assembler.cfm
18. /scripts/cdrh/cfdocs/Medsun/searchReportText.cfm
19. /scripts/cdrh/cfdocs/cfClia/Search.cfm
20. /scripts/cdrh/cfdocs/cfTPLC/tplc.cfm
21. /scripts/cdrh/cfdocs/cfTPLC/inspect.cfm
22. /scripts/cdrh/cfdocs/cfpma/pma.cfm
23. /scripts/cdrh/cfdocs/cfPCD/classification.cfm?start_search=1&ProductCode=LKK
24. /scripts/cdrh/cfdocs/cfRL/rl.cfm?start_search=1&establishmentName=&StateName=&CountryName=&RegistrationNumber=&OwnerOperatorNumber=&OwnerOperatorName=&ProductC
25. http://www.fda.gov/CombinationProducts/default.htm
26. /scripts/cdrh/cfdocs/cfRES/res.cfm?start_search=1&pnumber=P860004
27. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S001
28. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S002
29. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S003
30. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S004
31. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S005
32. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S006
33. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S007
34. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S008
35. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S010
36. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S011
37. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S012
38. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S013
39. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S014
40. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S016
41. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S017
42. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S019
43. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S020
44. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S022
45. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S023
46. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S024
47. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S026
48. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S027
49. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S028
50. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S029
51. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S030
52. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S031
53. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S032
54. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S033
55. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S034

56. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S035
57. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S036
58. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S037
59. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S038
60. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S039
61. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S040
62. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S041
63. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S042
64. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S043
65. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S045
66. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S046
67. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S047
68. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S048
69. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S050
70. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S051
71. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S052
72. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S053
73. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S054
74. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S055
75. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S056
76. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S057
77. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S058
78. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S059
79. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S060
80. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S061
81. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S063
82. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S064
83. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S065
84. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S066
85. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S067
86. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S068
87. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S069
88. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S070
89. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S071
90. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S072
91. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S073
92. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S074
93. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S075
94. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S076
95. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S077
96. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S078
97. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S079
98. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S080
99. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S081
100. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S082
101. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S083
102. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S084
103. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S087
104. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S088
105. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S089
106. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S090
107. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S091
108. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S092
109. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S093
110. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S094
111. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S095

112. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S096
113. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S097
114. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S098
115. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S099
116. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S100
117. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S101
118. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S102
119. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S103
120. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S104
121. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S105
122. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S106
123. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S107
124. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S108
125. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S109
126. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S110
127. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S111
128. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S112
129. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S114
130. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S115
131. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S116
132. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S117
133. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S118
134. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S119
135. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S120
136. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S121
137. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S122
138. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S123
139. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S124
140. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S125
141. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S126
142. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S127
143. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S128
144. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S129
145. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S130
146. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S131
147. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S132
148. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S133
149. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S134
150. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S135
151. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S136
152. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S137
153. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S138
154. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S139
155. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S140
156. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S142
157. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S143
158. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S144
159. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S145
160. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S146
161. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S147
162. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S148
163. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S149
164. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S150
165. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S151
166. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S152
167. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S153

168. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S154
169. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S155
170. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S156
171. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S157
172. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S158
173. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S159
174. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S160
175. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S161
176. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S162
177. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S163
178. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S164
179. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S166
180. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S167
181. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S168
182. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S169
183. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S170
184. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S171
185. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S173
186. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S174
187. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S175
188. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S176
189. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S177
190. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S178
191. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S179
192. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S180
193. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S181
194. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S182
195. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S184
196. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S186
197. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S187
198. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S188
199. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S190
200. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S191
201. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S192
202. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S193
203. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S194
204. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S195
205. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S196
206. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S197
207. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S198
208. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S199
209. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S200
210. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S201
211. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S202
212. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S203
213. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S204
214. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S206
215. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S207
216. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S208
217. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S209
218. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S210
219. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S211
220. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S212
221. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S213
222. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S214
223. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S215

Premarket Approval (PMA)

224.  /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P860004&SupplementNumber=S216