Medical Records Obtained by Authorization

From Clear Lake Regional Medical Center

500 Medical Center Blvd.

Webster, TX 77598

Pertaining to Ronnie Dale Morgan

For Michael R. McGown

# VOLUME 1 OF 2

Nell McCallum & Associates, Inc.

24029.001




NMA COPY

# AFFIDAVIT

Type of Records: Any and all records FROM 9/1/2013 TO PRESENT whether medical records generated by your facility or otherwise, including but not limited to, photographs, x-ray reports, pathology reports, correspondence, notes, memoranda, consultation reports, test results, and other written records and information in the possession of or subject to the control of the witness pertaining to Ronnie Dale Morgan, DOB:

Before me, the undersigned authority, personally appeared __Pat Golmon__,
(Custodian of Records)
who, being by me duly sworn, deposed as follows:

My name is __Pat Golmon__, I am over eighteen (18) years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

I am the Custodian of Records for: **Clear Lake Regional Medical Center**

Attached hereto are __649__ pages of records pertaining to **Ronnie Dale Morgan** from this facility. These said records are kept in the regular course of business, and it was the regular course of business for an employee or representative of this facility, with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original.

_____
AFFIANT (Custodian of Records)

Sworn to and subscribed before me on the __21__ day of __February__, 20__14__.

RONDA BENAVIDES
Notary Public, State of Texas
My Commission Expires
October 15, 2017

NOTARY PUBLIC
My Commission Expires: __10/15/17__

Order No. 24029.001

I, Stacey McNeely, a Notary Public in and for the State of Texas, do hereby certify that the foregoing Testimony of the Witness, Pat Golmon, after said witness was duly sworn by Ronda Benavides was delivered to Nell McCallum & Associates, Inc.

I further certify that said Original Answers are being delivered to Michael R. McGown, the requesting attorney, for safekeeping and use at trial.

Given under my hand and seal of office on March 3, 2014.

Stacey McNeely
Notary Public

STACEY MCNEELY
Notary Public, State of Texas
My Commission Expires
January 23, 2016

Nell McCallum & Associates, Inc.
Beaumont/Houston, Texas

24029.001

1205-0249            CLEAR LAKE REGIONAL MEDICAL CENTER
                  500 Medical Center Blvd.  Webster, Texas 77598

PATIENT NAME: MORGAN,RONNIE DALE          ADMIT DATE: 10/16/13
ACCOUNT NO: G00111113736                  ROOM NO: G.5508
MEDICAL RECORD NO: G000209426             AGE: 63
REPORT TYPE: DISCHARGE SUMMARY            SEX: M

ADMITTING PHYSICIAN:Mayen Nunez MD,Jose Isaias
ATTENDING PHYSICIAN:Mayen Nunez MD,Jose Isaias

ATTENDING PHYSICIAN: Jose Isaias Mayen Nunez, MD

FINAL DIAGNOSES:
1. Drug withdrawal.
2. Malfunctioning intrathecal pain pump.
3. Chronic pain syndrome.
4. Opioid dependency.
5. Hypertension.
6. Hypothyroidism.
7. Hypokalemia.
8. Morbid obesity.
9. Lumbosacral spondylosis.
10. Gastroesophageal reflux disease.
11. Anxiety.
12. Depression.
13. Tobacco disorder.
14. Hyperlipidemia.

HOSPITAL COURSE:
The patient did have a lengthy hospitalization of 9 days in view of his drug withdrawal and subsequently continuous pain in the lumbosacral area and Dr. Fujii was asked to see the patient in consultation. Unfortunately, the patient did have a malfunctioning pump, which did require ongoing monitoring of the patient's pain. Dr. Fujii was asked to see the patient in consultation. Eventually, arrangements were done for the purpose of having replacement of intrathecal pain pump. Dr. Albustami evaluated the patient for possibility of obstructive sleep apnea. From pulmonary standpoint, the patient was stable. The patient did well and eventually discharged from the hospital in stable condition on 10/25/2013.

DIET:
Regular diet.

ACTIVITIES:
As tolerated.

MEDICATIONS:
Pain medications per Dr. Fujii. Per reconciliation list.

CONDITION AT THE TIME OF DISCHARGE:
Stable.

Dictated By Jose Isaias Mayen Nunez, MD*

PATIENT NAME: MORGAN,RONNIE DALE          ACCOUNT #: G00111113736

14

WT: DS/G.HTM/MAY10-/43CR4
D: 12/05/2013 11:31 T: 12/05/2013 12:24 S: 10/25/2013
Confirm#: 3333300/Job#:64345883
Authenticated by Jose Mayen Nunez,MD on 12/05/2013 04:02:51 PM

Electronically Signed by Jose Isaias Mayen Nunez MD on 12/05/13 at 1604

PATIENT NAME: MORGAN,RONNIE DALE          ACCOUNT #: G00111113736

Patient:MORGAN, RONNIE DALE     MRN:G000209426    Encounter:G00111113736    Page 2 of 2